138

123 A.3d 1064

In re T.B. & E.A., Minors.

Petition of T.B., Sr., Father.

In the Interest of E.A., a Minor.

Petition of T.B., Sr., Father.

In the Interest of T.B., a Minor.

Petition of T.B., Sr., Father.

Nos. 130 MM 2015, 131 MM 2015, 132 MM 2015.

Supreme Court of Pennsylvania.

Oct. 16, 2015.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.